# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **K.A.,** *Plaintiff*, v. **THE DISTRICT OF COLUMBIA,** *et al.*, *Defendants.* | **Civil Action No. 1:25-cv-2930 (SLS)** |

## DISTRICT DEFENDANTS' PARTIAL MOTION TO DISMISS THE COMPLAINT

Defendants District of Columbia and Sam Abed, Director of the Department of Youth and Rehabilitation Services—collectively, the District Defendants—move under Fed. R. Civ. P. 12(b)(6) to dismiss most of Plaintiff's Complaint against them. *First*, Plaintiff fails to state a constitutional claim for municipal liability or for standalone substantive due process under the Fifth Amendment against the District Defendants. *Second*, Plaintiff's common law negligence claims are largely duplicative or otherwise improper. District Defendants do not move to dismiss the negligence claim against the District under Rule 12(b)(6), but do move to dismiss all others. *Third*, any claims for intentional or negligent infliction of emotional distress are either best asserted against Defendant Kelvin Powell (intentional) or not suited to these facts (negligent).

District Defendants respectfully request that all claims, except for the negligence claim against the District, be dismissed under Fed. R. Civ. P. 12(b)(6).

Date: October 6, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

        CHAD COPELAND
        Deputy Attorney General
        Civil Litigation Division

        */s/ George Eppsteiner/FA*
        GEORGE EPPSTEINER [90036366]
        Chief, Section I
        Civil Litigation Division

        */s/ Patrick Duprey*
        STEPHANIE M. CORCORAN [1510874]
        PATRICK DUPREY [90030521]
        Assistant Attorneys General
        Civil Litigation Division, Section I
        400 6th Street, NW
        Washington, D.C. 20001
        (202) 615-3910
        (202) 957-2861
        stephanie.corcoran@dc.gov
        patrick.duprey@dc.gov

        ***Counsel for Defendants District of Columbia, Director Sam Abed***

## CERTIFICATE OF SERVICE

This certifies that on October 6, 2025, a copy of the foregoing motion was electronically filed. Furthermore, this certifies that a copy was sent by U.S. mail to:

Mr. Kelvin Powell
3910 Triton Ct.
Temple Hills, MD 20748

        */s/ Patrick Duprey*
        PATRICK DUPREY
        Assistant Attorney General