UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **K.A.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:25-cv-2930 (SLS) |

## ORDER

Upon consideration of Defendants District of Columbia and Sam Abed's (the District Defendants') Partial Motion to Dismiss Plaintiff's Complaint, any opposition thereto, and the entire record, it is **ORDERED** that:

The Motion is **GRANTED**; and it is **FURTHER ORDERED** that

Plaintiff's claims against Director Abed are **DISMISSED**,

Plaintiff's claims against the District of Columbia, except for the simple negligence count (Count II), are **DISMISSED**, and

Defendant District of Columbia must answer the remaining count within 14 days of the date of this Order.

**SO ORDERED.**

Date: _____

_____
Judge Sparkle L. Sooknanan
United States District Court for the District of Columbia