**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

K.A.,

                                                             Civil Action No. 1:25-cv-2930 (SLS)

Plaintiff,

 v.

THE DISTRICT OF COLUMBIA, et al.,

Defendants.

## PLAINTIFF K.A.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO DISTRICT DEFENDANTS PARTIAL MOTION TO DISMISS AND ENTER INTO MODIFIED BRIEFING SCHEDULE

      Plaintiff K.A. moves under Fed. R. Civ. P. 6(b)(1)(A) to extend the deadline for their Opposition to Defendants Partial Motion to Dismiss to December 1, 2025 and for the Court to enter a modified briefing schedule. Plaintiff K.A. seeks additional time to respond to Defendant District, Sam Abed and Department of Youth and Rehabilitation Service's (collectively "District Defendants") Partial Motion to Dismiss. Plaintiff K.A. requests that the Court, with no opposition from District Defendants' also enter a briefing schedule allowing them to file any additional pleadings, if any, by December 22, 2025. Plaintiff K.A. will file a Motion pertaining to Defendant Powell by the November 5, 2025 deadline. District Defendants do not oppose the relief requested in this motion. A memorandum of points and authorities in support thereof and a proposed order reflecting the proposed briefing schedule above are included with this motion.

Date: November 3, 2025                                                               Respectfully Submitted,

                                                                                   */s/ Elizabeth Paige White*
                                                                                    Elizabeth Paige White

DC Bar 1719072
EPW Law PLLC
600 Massachusetts Avenue NW
Suite 250
Washington, DC 20001
Email: paige@epwlawpllc.com

/s/ Bernadette Armand
Bernadette Armand Law PLLC
D.C. Bar No. 1025527
400 5 th Street NW, Suite 350
Washington, D.C. 20001
Phone (202) 696-4987
Email: bernadette@armandlaw.com

### CERTIFICATE OF LCvR 7(m) COMPLIANCE

I certify that on October 28, 2025, I emailed District Defendants' counsel to seek their clients' positions on the briefing schedule proposed herein. District Defendants' counsel stated by email they did not object and agreed to the proposed 30-30-14 briefing schedule.

_____
Elizabeth Paige White

### CERTIFICATE OF SERVICE

This certifies that on November 3, 2025 a copy of the foregoing motion was electronically filed. Furthermore, this certifies that a copy was sent by U.S. mail to: Mr. Kelvin Powell, D.C. Central Detention Facility, 1901 D. Street SE, Washington, D.C. 20003.

_____
Elizabeth Paige White

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

K.A.,

                                              Civil Action No. 1:25-cv-2930 (SLS)

Plaintiff,

v.

THE DISTRICT OF COLUMBIA, et al.,

Defendants.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND ENTER INTO MODIFIED BRIEFING SCHEDULE INTRODUCTION

Plaintiff K.A. respectfully requests the Court extend their deadline to respond to District Defendants' Partial Motion to Dismiss until December 1, 2025 and to enter a modified briefing schedule. Good cause supports the relief requested, as the District Defendants' Partial Motion to Dismiss seeks to dismiss the bulk of Plaintiff's Complaint described in 26 pages. District Defendants do not oppose the extension of the Plaintiff's Opposition to their Partial Motion to Dismiss and proposed modified briefing schedule. Plaintiff will be filing a comprehensive Opposition to District Defendants Partial Motion to Dismiss and Plaintiff seeks to conserve the parties' and judicial resources and seek a modified briefing schedule.

## FACTS

Plaintiff K.A. filed an eight-count Complaint in Superior Court of the District of Columbia on June 3, 2025, alleging both common law and constitutional claims against Defendants, arising out of allegations of Defendant Powell's sexual abuse of then-minor Plaintiff. See generally Pl.'s Compl. [1-1]. District Defendants removed this case to federal court on August 29, 2025. See District Defs.' Not. of Removal [1]. On October 6, 2025 District Defendants filed a Partial Motion to Dismiss Plaintiff's Complaint. See Partial Motion to Dismiss. Plaintiff's Opposition to District

Defendants Motion to Dismiss is currently due on November 5, 2025. Defendant Powell was properly served at the D.C. Central Detention Facility and has not filed an Answer or Motion to Dismiss.

## LEGAL STANDARD

Fed. R. Civ. P. 6(b)(1)(A) provides for extensions of existing deadlines, if a motion is timely filed, upon a showing of "good cause." "Courts have discretion to determine whether a movant has shown good cause." *Jordan v. U.S. Dep't of Justice*, 315 F. Supp. 3d 584, 594 (D.D.C. 2018). "[R]equests for extensions of short durations are routine in this district." *Id*. at 594 (citation and internal quotation marks omitted).

## ARGUMENT

Plaintiff's request for an extension of time to respond to District Defendants Motion to Dismiss—until December 1, 2025—is supported by good cause and meets the requirements of Fed. R. Civ. P. 6(b)(1)(A). District Defendants seek additional time to review the arguments in the Partial Motion to Dismiss, coordinate with the relevant personnel, and prepare our Opposition. Plaintiff seeks to conserve judicial and the parties' resources and request that the Court also enter the following briefing schedule—for any opposition to District Defendants motion to dismiss to be filed no later than December 1, 2025; for District Defendants to then have 21 days, or until December 22, to file a reply, if any. This motion is not presented for purposes of delay. An extension of the November 5, 2025 deadline is warranted on account of the complex nature of the Partial Motion to Dismiss as well as undersigned counsel's schedule. Under the proposed briefing schedule, Plaintiff will be afforded an additional 26 days to respond to the Partial Motion to Dismiss and District Defendants an additional seven days to the 14-day deadline to file any reply. The proposed briefing schedule will allow counsel sufficient time to respond to the extensive

arguments. District Defendants do not oppose the relief requested. This motion is filed before the Plaintiff's deadline to file an opposition. No party will be prejudiced and the Court's calendar will not be unduly burdened.

## CONCLUSION

For the foregoing reasons, Plaintiff requests that the Court grant this motion and enter the modified briefing schedule.

Date: November 3, 2025

Respectfully submitted,

_____
Elizabeth Paige White
DC Bar 1719072
EPW Law PLLC
600 Massachusetts Avenue NW
Suite 250
Washington, DC 20001
Email: paige@epwlawpllc.com

/s/ Bernadette Armand
Bernadette Armand Law PLLC
D.C. Bar No. 1025527
400 5 th Street NW, Suite 350
Washington, D.C. 20001
Phone (202) 696-4987
Email: bernadette@armandlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

K.A.,

Civil Action No. 1:25-cv-2930 (SLS)

Plaintiff,

v.

THE DISTRICT OF COLUMBIA, et al.,

Defendants.

### ORDER

Upon consideration of Plaintiff K.A.'s Unopposed Motion to Extend their Responsive Pleading Deadline and Enter a Briefing Schedule, and the entire record, it is **ORDERED** that:

The Motion is **GRANTED**; and it is **FURTHER ORDERED** that

Plaintiff K.A. shall respond to District Defendants Partial Motion to Dismiss no later than December 1, 2025; and it is **FURTHER ORDERED** that

District Defendants' reply if any shall be due later than December 22, 2025;

**SO ORDERED**.

Date: November 3, 2025

_____

Judge Sparkle L. Sooknanan
United States District Court for the District of Columbia